IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00092-WJM-BNB

LEHMAN BROS. HOLDINGS, INC.,

Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Vacate and Reset the March 25, 2013 Scheduling Conference** [docket no. 14, filed February 22, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for March 25, 2013, and all related deadlines, are **VACATED**.


DATED:  February 25, 2013