IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00092-WJM-BNB

LEHMAN BROS. HOLDINGS, INC.,

Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC,

Defendant.
_____

## ORDER
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for reasons stated on the record.

IT IS ORDERED:

(1)     The proposed final pretrial order is refused;

(2)     On or before April 25, 2014, the parties shall submit a revised final pretrial order modified as discussed at the final pretrial conference this morning; and

(3)     A supplemental final pretrial conference is set for **May 8, 2014, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated April 17, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge